UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE ZELLER,<br><br>  Plaintiff,<br>  v.<br><br>BANK OF THE SIERRA, a<br>California Corporation,<br>et al.,<br><br>  Defendants. | 1:05-CV-01406-OWW-SMS<br><br>ORDER VACATING HEARING ON MOTION OF DEFENDANT BANK OF THE SIERRA FOR LEAVE TO FILE AN AMENDED ANSWER AND DEEMING MOTION SUBMITTED TO THE COURT FOR DECISION (DOC. 16)<br><br>**Vacated hearing date:**<br>**May 26, 2006** |

   Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

   I. Background

   Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Defendant Bank of Sierra for leave to amend its answer to assert counterclaims is a matter that may appropriately be submitted upon the record and briefs.

   Accordingly, the hearing on the motion, presently set for May 26, 2006, at 9:30 a.m., IS VACATED, and the motion IS DEEMED

1

1  SUBMITTED to the Court for decision.

2  IT IS SO ORDERED.

3  **Dated:   May 23, 2006**                   **/s/ Sandra M. Snyder**
   icido3                                     UNITED STATES MAGISTRATE JUDGE