UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE ZELLER, | ) | |
| | ) | |
| Plaintiff, | ) | 1:05-cv-1406 OWW SMS |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF THE SIERRA, | ) | ORDER DISMISSING ACTION |
| | ) | PURSUANT TO STIPULATION |
| | ) | |
| Defendant | ) | |

Pursuant to the stipulation submitted by the parties, this action is ordered dismissed with prejudice. IT IS SO ORDERED.

Dated: December 5, 2006                     /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE

1